Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and answer in twenty days, on payment of costs in this court and in the court below.

DAVENPORT, Appellant, v. ANGELO et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by William B. Davenport, public administrator of the county of Kings, etc., against William Angelo, individually and as assignee, etc., of Agnes K. Hickey, and Agnes K. Hickey. No opinion. Judgment affirmed, with costs.

DAVID MAYER BREWING CO., Appellant, v. MANNING, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by the David Mayer Brewing Company against Michael Manning. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIS v. WALTERS. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Nelson Davis against William Walters. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

DEEGAN, Appellant, v. CHASE & SMITH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Dennis Deegan against the Chase & Smith Company. No opinion. Judgment and order affirmed, with costs.

DICKOVER, Respondent, v. McGILLIVRAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Ruth E. A. Dickover, an infant, etc., against John S. McGillivray. No opinion. Judgment of the Municipal Court affirmed, with costs.

DILLON, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Michael Dillon against Francis J. Clark. No opinion. Judgment affirmed, with costs.

DOCTOR v. HESS et al. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Bertha Doctor against Gertrude L. Hess and others. A. W. Thierry, for appellants. H. G. Holstein, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DONNELLY, Appellant, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Patrick Donnelly, as administrator, against the city of Rochester. No opinion. Judgment and order affirmed, with costs.

DONNELLY v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Patrick Donnelly, as, etc., against the city of Rochester. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

DOUGHERTY, Appellant, v. LYME, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Francis A. Dougherty against Martin J. Lyme, as administrator. G. H. Hart, for appellant. J. F. Clarke, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DOUGLASS, Respondent, v. BARTEL'S BREWING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by James M. Douglass against the Bartel's Brewing Company. No opinion. Judgment and order affirmed, with costs.

DOWNS, Appellant, v. ELMIRA BRIDGE CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by William H. Downs against the Elmira Bridge Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

DUNK, Appellant, v. DUNK, Respondent. (Supreme Court, Appellate Division, Third Department. May 23, 1903.) Action by Alfred O. Dunk against Eliza Dunk, as executrix of the last will and testament of Alfred Dunk, deceased. No opinion. Motion granted, with $10 costs, unless appellant, within 20 days, pays to the respondent's attorneys $10 and serves three printed copies of the papers on appeal, in which case motion denied, without costs.

DUNLAP & CO., Appellant, v. YOUNG, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Dunlap & Co. against William Young. J. H. Hull, for appellant. F. X. McCaffrey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DUNSCOMB et al., Appellants, v. POOLE, Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Godfrey Dunscomb and another against John H. Poole. M. H. Cardozo, for appellants. J. J. Adams, for respondent. No opinion. Judgment affirmed, with costs.